Marc J. Randazza, Esq. SBN 269535
Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
888-667-1113
305-437-7662 fax
mjr@randazza.com

Attorney for Plaintiff
LIBERTY MEDIA HOLDINGS, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| Liberty Media Holdings, LLC | Case No. 11-CV-774-IEG-WVG |
| Plaintiff, | NOTICE OF DISMISSAL OF ACTION |
| vs. | |
| John Doe, | |
| Defendant. | |

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses this action as to Defendant John Doe with prejudice.

Dated: May 17, 2011

Respectfully submitted,

s/ Marc Randazza
Marc J. Randazza, SBN 269535
Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
888-667-1113, 305-437-7662 (fax)
mjr@randazza.com

1

**Certificate of Service**

I hereby certify that Plaintiff Liberty Media Holdings' the foregoing document was filed electronically using this Court's CM/ECF system on May 17, 2011.  A copy was sent via email to Defendant's attorney, Eric Grimm, at egrimm@WHCSPC.com.

Dated: May 17, 2011                            Respectfully submitted,

                                               s/ Marc Randazza
                                               Marc J. Randazza, SBN 269535
                                               Randazza Legal Group
                                               3969 Fourth Avenue, Suite 204
                                               San Diego, CA 92103
                                               888-667-1113, 305-437-7662 (fax)
                                               mjr@randazza.com